UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-69(1) ADM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED EL AZAMY,<br><br>Defendant,<br><br>TCF,<br><br>Garnishee. | **GARNISHMENT ORDER** |

TO: Mohammed El Azamy, defendant
TCF, garnishee

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about April 17, 2006.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about May 9, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts.

On or about May 1, 2006, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415,

with checks or money orders made payable to the "U.S. Clerk of Court," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on April 17, 2006, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: August 4, 2006 s/Ann D. Montgomery

Judge Ann D. Montgomery
United States District Court