UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-69 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED EL AZAMY,<br><br>Defendant,<br><br>YESMART #3,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 1, 2006, is hereby released.

Dated: January 24, 2008

S/Ann D. Montgomery

United States District Judge
United States District Court